UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20309-CR-GAYLES/TORRE

UNITED STATES OF AMERICA

v.

JORDAN JESUS HUNG MENDOZA and
JOSE GREGORIO MOURE ALVAREZ,

    **Defendants.**
_____/

## UNOPPOSED MOTION FOR REDUCTION OF SENTENCE OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35

Comes Now, the United States of America, by and through its undersigned Assistant United States Attorney, and files this motion pursuant to Rule 35, Fed. R. Crim. P., and Title 18, United States Code, Section 3553(e), to reduce the prison sentences of defendants Jordan Jesus HUNG Mendoza and Jose Gregorio MOURE Alvarez. The government states that the defendants have performed "substantial assistance," as that term is meant and understood in Rule 35, Fed. R. Crim. P., and Title 18, United States Code, Section 3553(e), and in support of its motion, states as follows:

    1.    On April 8, 2021, the government filed a complaint against HUNG and MOURE for export control violations (DE1). On May 20, 2021, the government filed a single-count Information against HUNG and MOURE for the attempted export of firearms in violation of Title 22, United States Code, Section 2778 and attendant regulations, and Title 18, United States Code, Sections 554(a) and 2 (DE10).

    2.    As part of plea agreements, the defendants pleaded guilty to the single-count Information (DE23-28). On September 21, 2021, both defendants were sentenced to 46 months'

imprisonment (DE41-42). According to BOP's website, HUNG's estimated release date is January 13, 2024, and MOURE's estimated release date is February 22, 2024. *See* https://www.bop.gov/inmateloc/ (last checked on this day).

3. HUNG and MOURE have provided substantial assistance to the government, and the defendants' detailed information was helpful to the government.

4. The undersigned counsel has communicated with defense counsel for each defendant via email and related the government's recommendation of a twenty-five percent (25%) reduction, which is effectively time served. The government and the defense attorneys agree with the government recommendation to request time served. The parties also do not request a hearing before this Honorable Court unless the Court would like the government to provide additional details about the defendants' substantial assistance.

5. Based on the foregoing, the United States recommends a reduction of time-served for each defendant and respectfully requests that the Court reduce their sentences to time-served.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*
ANDY R. CAMACHO
Assistant United States Attorney
Court No. # A5501807
Telephone: (305) 906-1389
Email: andy.camacho@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 7, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

MARKENZY LAPOINTE<br>
UNITED STATES ATTORNEY

By: _/s/ Andy Camacho_____
ANDY R. CAMACHO
Assistant United States Attorney
Court No. # A5501807
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9038