UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20309-Cr-GAYLES

UNITED STATES OF AMERICA

vs.

JORDAN HUNG MENDOZA,

_____Defendant._____

## ORDER

**THIS CAUSE** having come before the Court on counsel Michael A. Matters' Motion for Re-Appointment as CJA Counsel for Jordan Jesus Hung Mendoza [ECF No. 47], the Court being fully advised of the premises herein, it is hereby

**ORDERED AND ADJUDGED** that this Motion is **GRANTED**, and Michael A. Matters is re-appointed as to represent the Defendant, Jordan Jesus Hung Mendoza as CJA counsel *nunc pro tune* as of October 1, 2021, and this Court shall issue a CJA-20 effective October I, 2021.

**DONE AND ORDERED** in Miami-Dade County, Florida, this  day of March, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE